IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL JASON HAYES,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2956

Opinion filed May 1, 2017.

Petition for Writ of Prohibition.

Bruce A. Miller, Public Defender, and Thomas F. McGuire, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

RAY, MAKAR, and WINSOR, JJ., CONCUR.